# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 17-6226-JFW (JEMx)** | Date: November 13, 2018 |

Title: Paul Benavidez -v- KMART Corporation, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR VIOLATION OF COURT ORDER

      On November 1, 2018, the Court ordered Plaintiff Paul Benavidez ("Plaintiff") to file, on or before November 6, 2018, a dismissal of this action as to Defendant KMART Corporation or a Notice indicating that Plaintiff intends to pursue this action against KMART Corporation in this Court. As of November 12, 2018, Plaintiff has failed to file any document in response to the Court's Order.

      Accordingly, Plaintiff is ordered to show cause, in writing, on or before **November 21, 2018**, why this action should not be dismissed for Plaintiff's violation of the Court's Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

      IT IS SO ORDERED.